UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY,<br><br>              Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY SHERIFF,<br><br>              Defendant. | CASE NO. C17-5587 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 71. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**.

(2)    Plaintiff's amended complaint fails to state a claim upon which relief can be granted under 42 U.S.C. § 1983 and is hereby **DISMISSED with prejudice**.

(3)    The Clerk shall enter a judgment and close this case.

Dated this 5th day of September, 2018.

                                              BENJAMIN H. SETTLE
                                              United States District Judge